IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

DARYL DECORA,

HO-CAK FEDERAL,            JUDGMENT IN A CIVIL CASE

    Appellant,               Case No. 08-cv-315-bbc

v.

PETER F. HERRELL, Trustee,

    Appellee.

---

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that the decision of the bankruptcy court declaring Ho-Cak's security interest avoided and directing Ho-Cak to turn over post-petition payments to the trustee is REVERSED.

_____      11-3-08
Joel Turner, Acting Clerk of Court      Date

*Stamp: U.S. DISTRICT COURT, WEST DIST. OF WISCONSIN, NOV - 3 2008, FILED, THERESA M. OWENS, CLERK*